**PFIZER INC., Pharmacia & Upjohn Company, and Pfizer Health AB, Plaintiffs/Counterclaim Defendants–Appellees,**

v.

**IVAX PHARMACEUTICALS, INC., Defendant/Counterclaimant–Appellant,**

and

**Teva Pharmaceuticals USA, Inc., Counterclaimant–Appellant.**

No. 2010–1206.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2011.

## ON MOTION

## ORDER

Upon consideration of the parties' joint motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.[*]

(2) Each side shall bear its own costs.

---

[*] In the caption of the motion, "remand" is also requested. Dismissal is the usual course when an appeal is "withdrawn." Dismissal and remand are mutually exclusive dispositions. In the text of the motion the parties do not offer grounds why the case should be remanded rather than dismissed.